# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **FREDERICK TURNER, # 17954-003** | ) | |
| | ) | |
| Petitioner, | ) | Criminal No. 20-00021-KD-B |
| | ) | |
| v. | ) | |
| | ) | Civil No. 23-00378-KD-MU-B |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

This action is before the Court on the Report and Recommendation entered August 12, 2025, wherein the Magistrate Judge recommended that Petitioner Frederick Turner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, (Doc. 247), be DENIED, that this action be DISMISSED with prejudice, that judgment be entered in favor of Respondent, and that any requests for a certificate of appealability or permission to appeal *in forma pauperis* be DENIED. (Doc. 269).

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and no objections having been filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, Turner's § 2255 motion is **DENIED,** and this action is **DISMISSED with prejudice**. Turner is not entitled to a certificate of appealability, and he is not entitled to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the **29th** day of **October 2025**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**